NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AARON DERON FOSTER,           )
                              )
        Appellant,            )
                              )
v.                            )     Case No. 2D17-4078
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; J. Rogers
Padgett, Senior Judge, and Nick
Nazaretian, Judge.

Aaron Deron Foster, pro se.


PER CURIAM.

        Affirmed.  See State v. Matthews, 891 So. 2d 479 (Fla. 2004); Tisdol v. State, 794 So. 2d 576 (Fla. 2001); Foster v. State, 206 So. 3d 42 (Fla. 2d DCA 2015) (table decision); Foster v. State, 121 So. 3d 1044 (Fla. 2d DCA 2012) (table decision); Foster v. State, 53 So. 3d 1035 (Fla. 2d DCA 2011) (table decision); Jones v. State, 2 So. 3d 302 (Fla. 2d DCA 2008); Foster v. State, 992 So. 2d 262 (Fla. 2d DCA 2008) (table decision); Lett v. State, 805 So. 2d 950 (Fla. 2d DCA 2001) (en banc); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Saffold v. State, 959 So. 2d 1247 (Fla. 4th

DCA 2007); <u>Kenon v. State</u>, 780 So. 2d 258 (Fla. 5th DCA 2001); <u>Dupree v. State</u>, 708 So. 2d 968 (Fla. 1st DCA 1998); <u>Stroble v. State</u>, 689 So. 2d 1089 (Fla. 5th DCA 1997).

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.